FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0433

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICAH NATIONS PANKHURST,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 7, 2022, within which to prepare, serve, and file its response brief.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2021